UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:  Courtney M. Anders        CASE NO:  15-13829

      Debtor(s)        CHAPTER 13

                                    Chief Judge Morgenstern-Clarren

## NOTICE OF HEARING

NOW COMES DEBTOR, and through counsel has filed a motion to reinstate chapter 13 case.

Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant this motion, or if you want the court to consider your views on the motion, then on or before October 20, 2015 you or your attorney must:

1.     File a written response, explaining your position, at:

U.S. Bankruptcy Court
Howard M. Metzenbaum US Courthouse
201 Superior Ave.
Cleveland, OH 44114-1235

If you mail your response to the court for filing, you must mail it early enough so that the court will receive it on or before the date stated above.

2.     Mail a copy to:

William J. Balena, Esq.
30400 Detroit Road, #106
Westlake, OH 44145

3. Attend the hearing scheduled on October 27, 2105 at 8:30 am, in Chief Judge Morgenstern-Clarren's court, 201 Superior Avenue, Cleveland, Ohio 44114. The hearing may be adjourned by the court from time to time without further notice.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief without a hearing.

Respectfully submitted,

/s/ William J. Balena
William J. Balena (0019641)
Attorney for Debtor
30400 Detroit Road, Suite 106
Westlake, OH 44145
Tel (440) 365-2000; Fax (866) 936-6113
docket@ohbksource.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:  Courtney M. Anders                    CASE NO:  15-13829

        Debtor(s)                              CHAPTER 13

                                                 Chief Judge Morgenstern-Clarren

## CERTIFICATION

The undersigned attorney for Debtors, hereby certifies that on the September 28, 2015, a copy of the Notice of Hearing on Debtor's motion to reinstate chapter 13 case was forwarded via regular U.S. Mail and/or e-mail to the following parties of interest:

Criag Shopneck
Chapter 13 Trustee
Via ECF at ch13shopneck@ch13cleve.com

Akron Billing Center
3585 Ridge Park Drive
Akron, OH 44333-8203

Courtney M. Anders
2953 Dutt Road
Norton, OH 44203

Apria Healthcare
8073 Leavitt Rd
Amherst, OH 44001

Account Resolution Services
P.O. Box 189018
Plantation, FL 33318

ARS National Services, Inc.
P.O. Box 469046
Escondido, CA 92046-9046

Adam Hignett
5361 Reserve Way
Sheffield Lake, OH 44054

Avante USA
2950 S. Gessner Rd.
Houston, TX 77063

Avante USA
2950 S. Gessner Rd.
Suite 265
Houston, TX 77063


Capital One
P.O. Box 6492
Carol Stream, IL 60197-6492


CCS
P.O. Box 55126
Boston, MA 02205-5126


Certegy Check Services, Inc.
P.O. Box 30046
Tampa, FL 33630


Chex Systems, Inc.
7805 Hudson Road, Suite 100
Saint Paul, MN 55125


Cleveland Clinic
9500 Euclid Ave
Cleveland, OH 44113


Clinic Medical Services Co., LLC
P.O. 92237
Cleveland, OH 44193


Dominion East Ohio
P.O. Box 26666
Richmond, VA 23261-6666


Emergency Prof. Services, Inc.
P.O. Box 740021
Cincinnati, OH 45274-0021


Emergency Professional Services
Akron Billing Center
3585 Ridge Park Drive
Akron, OH 44333-8203


FFCC
24700 Chagrin Blvd#205
Beachwood, OH 44122


Fidelity Properties Inc.
P.O. Box 2055
Alliance, OH 44601


First Credit Inc.
P.O. Box 630837
Cincinnati, OH 45263-0838


Gap
P.O. Box 530942
Atlanta, GA 30353


Global Credit Collection Corp.
5440 North Cumberland Ave
#300
Chicago, IL 60656

Greate Lakes Higher Education
2401 International Lane
Madison, WI 53704

GREAT LAKES HIGHER EDUCATION
P.O. Box 7860
Madison, WI 53707

GREAT LAKES HIGHER EDUCATION
P.O. Box 860
Madison, WI 53707

Health Core Wellmess
1330 Corporate Drive, #500
Hudson, OH 44236

HRRG
P.O. Box 5406
Cincinnati, OH 45273-7942

Inpatient Medical Services, Inc.
822 Kumho Drive
#202
Akron, OH 44333

James Barilla, Esq.
32366 Birchwood Lane
Avon Lake, OH 44012

JP Recovery Services
2022 Center Ridge Road #370
Rocky River, OH 44116-3501

Lakewood Hospital
14519 Detroit Ave.
Lakewood, OH 44107

Lutheran Hospital
1730 W. 25th Street
Cleveland, OH 44113

Mercy Health Physicians Lorain
P.O. Box 630827
Cincinnati, OH 45263-0827

Mercy Regional Medical Lorain
P.O. Box 740819
Cincinnati, OH 45274

Nordstom
1600 Seventh Avenue, Suite 2600
Seattle, WA 98101

North Central Emergency Assoc.
P.O. Box 1747
Akron, OH 44309

Northern Ohio Medical Specialists
P.O. Box 378
Sandusky, OH 44871-0378

Northland Group
P.O. Box 129
Thorofare, NJ 08086-0219

Ohio Attorney General
Collections Enforcement Section
150 E. Gay Street
Attn: Bankruptcy Staff
Columbus, OH 43215


PNC Bank, NA
P.O. Box 3180
Pittsburgh, PA 15230


Profession Credit Control
18099 Lorain Avenue
#414
Cleveland, OH 44115


Professional Anesthesia Serv., Inc.
P.O. Box 931338
Cleveland, OH 44193-1524


Professional Anesthesia Service, In
P.O. Box 931338
Cleveland, OH 44193


Quest Diagnostics of PA
P.O. Box 740506
Cincinnati, OH 45274-0505


Sentry Credit Inc.
P.O. Box 12070
Everett, WA 98206-2070

St John Medical Center
P.O. Box 74412
Cleveland, OH 44194


State of Ohio Dept. of Taxation
150 East Gay Street, 21st Fl
Columbus, OH 43215


Summa Health Systems
P.O. Box 3540
Akron, OH 44309


Summa Health Systems
P.O. Box 78000
Detroit, MI 48278-1103


Summa Physicians Inc
1402 Boettler Rd
Uniontown, OH 44685


Summa Physicians, Inc.
P.O. Box 932419
Cleveland, OH 44193-0012


Surgical Assoc. of Ohio
24700 Chagrin Blvd Ste 2
Cleveland, OH 44122


Target
P.O. Box 1327
Minneapolis, MN 55440

| | |
|---|---|
| Telecheck<br>5251 Westheimer<br>Houston, TX 77056 | Victoria Secret<br>P.O. Box 16589<br>Columbus, OH 43216 |
| Thomas & Catherine Wasserbauer<br>19523 Coffinberry Blvd<br>Cleveland, OH 44126 | West Asset Management, Inc.<br>P.O. Box 790113<br>Saint Louis, MO 63179 |

Respectfully submitted,

/s/ William J. Balena
William J. Balena (0019641)
Attorney for Debtor
30400 Detroit Road, Suite 106
Westlake, OH 44145
Tel (440) 365-2000; Fax (866) 936-6113
docket@ohbksource.com