```
                              United States Bankruptcy Court
                                Northern District of Ohio
In re:                                                            Case No. 15-13829-aih
Courtney M. Anders                                                Chapter 13
        Debtor                      CERTIFICATE OF NOTICE
District/off: 0647-1          User: pzeho                  Page 1 of 1           Date Rcvd: Sep 07, 2017
                              Form ID: pdf746              Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 09, 2017.
db            +Courtney M. Anders,    2953 Dutt Road,    Norton, OH 44203-4921
cr            +Ohio Department of Taxation,    c/o William C. Huffman,    24441 Detroit Road, Ste. 300,
                Westlake, OH 44145-1543
              +PSI-Solutions,    Attn:  Carrie Roman, Human Resources,    2112 Case Parkway South #10,
                Twinsburg, OH 44087-2378
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust           +E-mail/Text: ustpregion09.cl.ecf@usdoj.gov Sep 07 2017 21:39:08      Cynthia J. Thayer,
                US Department of Justice,    201 Superior Avenue,   Suite 441,   Cleveland, OH 44114-1234
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 7, 2017 at the address(es) listed below:
              Christopher J. Klym    on behalf of Creditor   Ohio Department of Taxation bk@hhklawohio.com,
               bk@hiklaw.com
              Craig H. Shopneck    ch13shopneck@ch13cleve.com, cshopneck13@ecf.epiqsystems.com
              William J. Balena    on behalf of Debtor Courtney M. Anders docket@ohbksource.com,
               debra@ohbksource.com
                                                                                              TOTAL: 3
```

**The court incorporates by reference in this paragraph and adopts as the findings
and orders of this court the document set forth below. This document was signed
electronically on September 7, 2017, which may be different from its entry on the record.**

IT IS SO ORDERED.



ENTERED UNDER ADMINISTRATIVE
ORDER NO. 02-10: TERESA D. UNDERWOOD,
CLERK OF COURT
BY: /s/ Paul Zehowicz_____
Deputy Clerk

Dated: September 7, 2017

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: Courtney Anders | ) | Case No. 15-13829 |
| | ) | |
| | ) | JUDGE: HARRIS |
| | ) | |
| Debtor(s) | ) | CHAPTER 13 |
| | ) | |
| Social Security No. XXX-XX- 5510 | ) | AMENDED ORDER DIRECTING EMPLOYER |
| | ) | TO MAKE DEDUCTIONS FROM |
| | ) | DEBTOR-EMPLOYEE'S WAGES, |
| | ) | COMBINED WITH RELATED ORDERS |

To:   PSI-Solutions

The above-named debtor has filed bankruptcy under Chapter 13 of the Bankruptcy Code. As a result, all of the Debtor's future earnings are under the exclusive jurisdiction of this Court. Based on the Debtor's filings, the Debtor's employer is:

Employer's Name:   PSI-Solutions
Address:   2112 Case Parkway South, #10
City/State/Zip:   Twinsburg, OH 44087
Phone:   (330) 425-8474 ext 235

In accordance with the relevant provisions of the Debtor's proposed plan,

IT IS, THEREFORE, ORDERED, under 11 U.S.C. § 1325(c) and § 1326, that the Debtor's employer immediately deduct $ 376.00 per month and the same amount each month thereafter from the Debtor's wages, salary, commissions, and all other earnings or income and promptly forward the amounts deducted to the Chapter 13 Trustee until further order of this court. The Chapter 13 Trustee's name and payment address are:

Craig Shopneck, Chapter 13 Trustee
P.O. Box 593
Memphis, TN 38101-0593

**Include the case number shown above with all payments.**

IT IS FURTHER ORDERED, under 11 U.S.C. § 362(a), that the EMPLOYER SHOULD CEASE ALL FURTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENTS, OR CREDIT UNIONS unless specifically authorized by

this Court or until this Order is modified or vacated; however, deductions for child support ordered by the Common Pleas Court or Domestic Relations Court may continue.

        IT IS FURTHER ORDERED that if the Debtor's employment terminates during the term of the bankruptcy plan, the employer is to notify the Chapter 13 Trustee.

By submitting this form the debtor's attorney certifies that this form is identical in all respects to the official form.

| | |
|---|---|
| Attorney for Debtor: | William J. Balena (0019641) |
| Address: | 30400 Detroit Rd., #106 |
| City/State/Zip: | Westlake, Ohio 44145 |
| Phone: | 440-365-2000 |

SEE ATTACHED CERTIFICATE OF SERVICE

Revised March 1, 2011

SERVICE LIST

Craig Shopneck, Chapter 13 Trustee
(via ECF at ch13shopneck@ch13cleve.com)

William J. Balena (0019641)
Attorney for Debtor(s)
(via ECF at docket@ohbksource.com)

Courtney Anders
2953 Dutt Rd.
Norton, Ohio 44203

Carrie Roman
Human Resource Assistant
PSI-Solutions
2112 Case Parkway South #10
Twinsburg, OH 44087

###