**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on December 22, 2017, which may be different from its entry on the record.**

IT IS SO ORDERED.



Dated: December 22, 2017

ENTERED UNDER ADMINISTRATIVE ORDER NO. 02-10: TERESA D. UNDERWOOD, CLERK OF COURT
BY: /s/ A. A. Threatt
Deputy Clerk

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: Courtney Anders | ) | Case No. 15-13829 |
| | ) | |
| | ) | Judge: Arthur Harris |
| | ) | |
| Debtor(s) | ) | CHAPTER 13 |
| | ) | |
| Social Security No. XXX-XX- 8836 | ) | AMENDED ORDER DIRECTING EMPLOYER |
| | ) | TO MAKE DEDUCTIONS FROM |
| | ) | DEBTOR-EMPLOYEE'S WAGES, |
| | ) | COMBINED WITH RELATED ORDERS |

To: Berea Alzheimer's Care Center

    The above name debtor has filed bankruptcy under Chapter 13 of the Bankruptcy Code. As a result, all of the Debtor's future earnings are under the exclusive jurisdiction of this Court. Based on the Debtor's filings, the Debtor's employer is:

| | |
|---|---|
| Employer's Name: | Berea Alzheimer's Care Center |
| Address: | 49 Sheldon Road |
| City/State/Zip: | Berea, Ohio 44017 |
| Phone: | (440) 234-0454 |

In accordance with the relevant provisions of the Debtor's proposed plan,

    IT IS, THEREFORE, ORDERED, under 11 U.S.C. § 1325(c) and § 1326, that the Debtor's employer immediately deduct $ 376.00 per month and the same amount each month thereafter from the Debtor's wages, salary, commissions, and all other earnings or income and promptly forward the amounts deducted to the Chapter 13 Trustee until further order of this court. The Chapter 13 Trustee's name and payment address are:

Lauren Helbling, Chapter 13 Trustee
P.O. Box 593
Memphis, TN 38101-0593

**Include the case number shown above with all payments.**

    IT IS FURTHER ORDERED, under 11 U.S.C. § 362(a), that the EMPLOYER SHOULD CEASE ALL FURTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENTS, OR CREDIT UNIONS unless specifically authorized by this Court or until this Order is modified or vacated; however, deductions for child support ordered by the Common Pleas Court or Domestic Relations Court may continue.

    IT IS FURTHER ORDERED that if the Debtor's employment terminates during the term of the bankruptcy plan, the employer is to notify the Chapter 13 Trustee.

By submitting this form the debtor's attorney certifies that this form is identical in all respects to the official form.

| | |
|---|---|
| Attorney for Debtor: | /s/ William J. Balena (0019641) |
| Address: | 30400 Detroit Rd., #106 |
| City/State/Zip: | Westlake, Ohio 44145 |
| Phone: | 440-365-2000 |

SEE ATTACHED CERTIFICATE OF SERVICE

Revised March 1, 2011

SERVICE LIST

Lauren Helbling, Chapter 13 Trustee, via ecf at ch13trustee@ch13cleve.com

William J. Balena (0019641)
Attorney for Debtor(s)
(via e-mail at docket@ohbksource.com)

Courtney Anders, 2953 Dutt Road, Norton, Ohio 44230

Berea Alzheimer's Care Center, 49 Sheldon Road, Berea, Ohio 44017

###