# United States Bankruptcy Court
## Northern District of Ohio

In re  **Courtney M. Anders**                                         Case No.  **15-13829**
                       Debtor(s)                                       Chapter   **13**

## Notice of Change of Address

Debtor's Social Security Number:        xxx-xx-5510

**My (Our) Former Mailing Address and Telephone Number was:**

Name:              **Courtney M. Anders**

Street:            **2953 Dutt Road**

City, State and Zip:  **Norton, OH 44203**

Telephone #:

**Please be advised that effective   January 11   , 20 18   ,
my (our) new mailing address and telephone number is:**

Name:              **Courtney M. Anders**

Street:             **22690 Lenox Drive, #125**

City, State and Zip:  **Fairview Park, Ohio 44126**

Telephone #:

                                                        **/s/ Courtney M. Anders**
                                                        **Courtney M. Anders**
                                                        Debtor

In re **Courtney M. Anders**  Case No. **15-13829**
Debtor(s)  Chapter **13**

# ORDER TO CONVERT CASE FROM CHAPTER 13 TO CHAPTER 7

The Debtor(s) filed a motion, in accordance with 11 U.S.C. § 1307(a), seeking to convert this case under Chapter 13 to a case under Chapter 7 of the Bankruptcy Code (Title 11 of the United States Code). The court has considered the record and finds that the motion should be granted.

IT IS ORDERED THAT:

1. This Chapter 13 case is converted to a case under Chapter 7 of the Bankruptcy Code.

2. The Chapter 13 Trustee within 30 days of the date of this Order shall file an accounting of all receipts and distributions made, together with a schedule of all unpaid debts incurred after the commencement of the Chapter 13 case, as required by Federal Rule of Bankruptcy Procedure 1019(5).

3. The Chapter 13 Trustee forthwith shall turn over to the Chapter 7 Trustee all records and property of the estate remaining in the Chapter 13 Trustee's custody and control, as required by Federal Rule of Bankruptcy Procedure 1019(4).

4. The Debtor(s) within 15 days of the date of this order shall file the statements and schedules required by Bankruptcy Rules 1019(1)(A) & 1007(c), if such documents have not already been filed.

5. The Debtor(s) within 30 days of the date of this Order shall, if the case is converted after the confirmation of a plan, file:

    a. a schedule of all property not listed in the final report and account of the Chapter 13 Trustee which was acquired after the commencement of the Chapter 13 case but before the entry of this conversion order;

    b. a schedule of executory contracts entered into or assumed after the commencement of the Chapter 13 case but before the entry of this conversion order;

    c. a schedule of unpaid debts not listed in the final report and account of the Chapter 13 Trustee which were incurred after the commencement of the Chapter 13 case but before the entry of this conversion order, as required by Federal Rule of Bankruptcy Procedure 1019(5); and

    d. a statement of intention with respect to retention or surrender of property securing consumer debts, as required by 11 U.S.C. § 521(2)(A), and Federal Rule of Bankruptcy Procedure 1019(1)(B), and conforming to Official Form 8A.

6. Other provisions (as needed):

DATED: _____

**United States Bankruptcy Judge**